■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO COLON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered March 27, 1986, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in a light most favorable to the People, we find it legally sufficient to support the defendant's conviction of murder in the second degree *(see, People v Contes,* 60 NY2d 620, 621). Moreover, upon the exercise of our

factual review power, we are satisfied that the evidence estab-
lished the defendant's guilt beyond a reasonable doubt and
that the verdict was not against the weight of the evidence
(see, CPL 470.15 [5]).

As for the defendant's allegations of prosecutorial miscon-
duct, consisting mainly of the improper cross-examination of
the defendant in violation of the court's pretrial *Sandoval*
ruling and prejudicial comments in summation, we find that
they were, for the most part, not properly preserved for
appellate review (see, *People v Thomas,* 50 NY2d 467). In any
event, we find no merit to the defendant's claims. Mangano,
J. P., Brown, Lawrence and Spatt, JJ., concur.